NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARC HOWARD,**
*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2023-1816

---

Appeal from the United States Court of Federal Claims in No. 1:16-vv-01592-CNL, Judge Carolyn N. Lerner.

---

## JUDGMENT

---

ISAIAH KALINOWSKI, Bosson Legal Group, Fairfax, VA, argued for petitioner-appellant.  Also represented by CLAY RAGSDALE, IV, ALLISON LEA RILEY, Ragsdale LLC, Birmingham, AL.

NASEEM KOUROSH, Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee.  Also represented by BRIAN M. BOYNTON, C. SALVATORE D'ALESSIO, HEATHER LYNN PEARLMAN, TRACI PATTON.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, TARANTO, *Circuit Judge,* and CECCHI, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 7, 2024
Date

Jarrett B. Perlow
Clerk of Court

———————————————

[1]    Honorable Claire C. Cecchi, District Judge, United States District Court for the District of New Jersey, sitting by designation.